### Ex PARTE SAM MATTHEWS.

No. 5892. Decided June 23, 1920.

Habeas Corpus—Tick Eradication Law—Companion Case.

Where the same question was decided favorably to the defendant in a recent case, the applicant is ordered to be discharged from custody. Following Ex parte Leslie, 87 Texas Crim. Rep., 476.

From Harris County.

Original application for a writ of *habeas corpus* asking release from arrest for a violation of the Tick Eradication Law.

The opinion states the case.

No brief on file for relator.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This is an original application for writ of *habeas corpus* in this court.

He was charged with violating what is know, popularly speaking, as the "Tick Eradication Law."

It is deemed unnecessary, in view of the decision in the Ex parte Leslie case recently decided, to review the questions urged by the application further than was done in the Leslie case. On the authority of that case applicant is ordered discharged from custody.

*Relator discharged.*